Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>VEGAS PROPERTY SERVICES INC, a Nevada corporation; SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation;<br><br>Defendants. | Case No. 2:17-cv-01463-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |
| VEGAS PROPERTY SERVICES INC, a Nevada corporation<br><br>Counterclaimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; JEANNIE WATSON, an individual; and R. GLEN WOODS, and his successors, as Trustees of the WATSON 2005 TRUST under Agreement dated March 15, 2015,<br><br>Counterdefendants. | |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Spanish Trail Master Association ("Spanish Trail", collectively with Wells Fargo, the "Parties) hereby stipulate and



Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

agree that Wells Fargo's opposition to Spanish Trail's Motion to Dismiss ("Motion to Dismiss", ECF No. 16), which is currently due August 4, 2017, may be extended to August 18, 2017.

Wells Fargo is in the process of assessing the Motion to Dismiss and the arguments raised therein. Wells Fargo is analyzing the possibility for a resolution of the Motion to Dismiss without the need for the Court's intervention. Wells Fargo is also assessing recent decisions and orders from other Courts that may have an effect on its response to the Motion to Dismiss. Accordingly, additional time will be required and good cause exists for the extension.

Based on the foregoing, the Parties respectfully request that the Court grant this Stipulation.

DATED this 31st day of July, 2017.

LEACH JOHNSON SONG & GRUCHOW

By: _/s/Ryan Hastings (with permission)
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Spanish Trail Master Association*

DATED this 28th day of July, 2017.

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

DATED: July 31, 2017



4811-9724-9612

Snell & Wilmer L.L.P. LAW OFFICES 50 West Liberty Street, Suite 510 Reno, Nevada 89501 775-785-5440

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: July 31, 2017

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440