Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> VEGAS PROPERTY SERVICES INC, a Nevada corporation; SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; <br><br> Defendants. | Case No. 2:17-cv-01463-MMD-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OT TIME TO FILE RESPONSE TO SPANISH TRAIL MASTER ASSOCIATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |
| VEGAS PROPERTY SERVICES INC, a Nevada corporation <br><br> Counterclaimant, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; JEANNIE WATSON, an individual; and R. GLEN WOODS, and his successors, as Trustees of the WATSON 2005 TRUST under Agreement dated March 15, 2015, <br><br> Counter-defendants. | |

Plaintiff Wells Fargo Bank, N.A. ("**Wells Fargo**"), by and through its attorneys, Jeffrey Willis and Nathan G. Kanute of the law firm of SNELL & WILMER L.L.P., and Defendant

4829-3380-4411

Spanish Trail Master Association (the "**HOA**"), by and through its attorneys, Sean Anderson and Ryan D. Hastings, of the law firm, Leach Kern Gruchow Anderson Song, hereby stipulate that Plaintiff may have through and including December 7, 2018 within which to file a response to the HOA's motion to dismiss first amended complaint. The motion to dismiss was filed by the HOA on November 9, 2018 and a response is currently due November 23, 2018.

Counsel requested an extension of time because of the Thanksgiving holiday and the need for additional time to review the motion to dismiss. Additionally, the Parties are continuing to discuss the potential for a resolution of this matter. Accordingly, good cause exists for the extension of time.

**IT IS SO STIPULATED.**

DATED this 19th day of November, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/Ryan D. Hastings (with permission)
    Sean L. Anderson, Esq.
    Nevada Bar No. 7259
    Ryan D. Hastings, Esq.
    Nevada Bar No. 12394
    2525 Box Canyon Drive
    Las Vegas, Nevada 89128
*Attorneys for Spanish Trail Master Association*

DATED this 19th day of November, 2018.

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Nathan G. Kanute, Esq.
    Nevada Bar No. 12413
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT JUDGE

DATED: November 21, 2018

- 2 -

4829-3380-4411

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 19, 2018

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4829-3380-4411