Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> VEGAS PROPERTY SERVICES INC, a Nevada corporation; SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; <br><br> Defendants. | Case No. 2:17-cv-01463-MMD-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SPANISH TRAIL MASTER ASSOCIATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> **(SECOND REQUEST)** |
| VEGAS PROPERTY SERVICES INC, a Nevada corporation <br><br> Counterclaimant, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; JEANNIE WATSON, an individual; and R. GLEN WOODS, and his successors, as Trustees of the WATSON 2005 TRUST under Agreement dated March 15, 2015, <br><br> Counter-defendants. | |

Plaintiff Wells Fargo Bank, N.A. ("**Wells Fargo**"), by and through its attorneys, SNELL & WILMER L.L.P., and Defendant Spanish Trail Master Association (the "**HOA**"), by and

4844-7583-1425

through its attorneys, Leach Kern Gruchow Anderson Song, hereby stipulate that Plaintiff may have through and including December 21, 2018 within which to file a response to the HOA's motion to dismiss the first amended complaint. The motion to dismiss was filed by the HOA on November 9, 2018 and a response is currently due December 7, 2018.

Counsel is reviewing the motion to dismiss and currently in the process of completing discovery responses that may be relevant to the motion. Additionally, the Parties are discussing the potential for a resolution of this matter to potentially avoid briefing the motion. Accordingly, good cause exists for the extension of time.

**IT IS SO STIPULATED.**

DATED this 28th day of November, 2018.

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/Ryan D. Hastings (with permission)
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Spanish Trail Master Association*

DATED this 28th day of November, 2018.

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 29, 2018

- 2 -

4844-7583-1425