**LEACH KERN GRUCHOW ANDERSON SONG**
Sean L. Anderson
Nevada Bar No. 7259
sanderson@lkglawfirm.com
Ryan D. Hastings
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Spanish Trail Master Association*

# UNITES STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>Plaintiff, <br><br>v. <br><br>VEGAS PROPERTY SERVICES INC., a Nevada corporation; SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, <br><br>Defendants. | Case No.: 2:17-cv-01463-MMD-PAL <br><br>**STIPULATION AND ORDER EXTENDING BRIEFING ON MOTIONS** <br><br>**(First Request)** |

Defendant Spanish Trail Master Association (the "Association"), by and through its attorneys Leach Kern Gruchow Anderson Song, and Plaintiff Wells Fargo Bank, N.A. (the "Bank")(collectively, the "Parties"), by and through its counsel with Snell & Wilmer, LLP, hereby stipulate that the Association may have through and including **January 9, 2019** within which to file a reply to the Bank's Response [ECF. 75] to the Association's Motion to Dismiss [ECF. 68]. The reply is currently due December 26, 2018.

/ / /

/ / /

/ / /

/ / /

Counsel requested an extension of time because of the holiday schedule and the need for additional time to review the motions and responses. Additionally, the Parties are continuing to discuss the potential for a resolution of this matter. Accordingly, good cause exists for the extension of time.

**IT IS SO STIPULATED** this 26th day of December, 2018.

| **Leach Kern Gruchow Anderson Song** | **Snell & Wilmer, LLP** |
|---|---|
| */s/ Ryan D. Hastings* | *Nathan G. Kanute* |
| Sean L. Anderson Esq. | Jeffrey Willis, Esq. |
| Nevada Bar No. 7259 | Nevada Bar No. 4797 |
| Ryan D. Hastings, Esq. | Nathan G. Kanute, Esq. |
| Nevada Bar No. 12394 | Nevada Bar No. 12413 |
| 2525 Box Canyon Drive | 50 West Liberty Street, #510 |
| Las Vegas, NV 89128 | Reno, NV 89501 |
| *Attorneys for Spanish Trial Master Association* | *Attorneys for Wells Fargo Bank, N.A.* |

## ORDER

**IT IS SO ORDERED** this 2nd day of January, 2019.

_____
U.S. District Court Judge