**LEACH KERN GRUCHOW ANDERSON SONG**
Sean L. Anderson
Nevada Bar No. 7259
sanderson@lkglawfirm.com
Ryan D. Hastings
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Spanish Trail Master Association*

# UNITES STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-01463-MMD-PAL |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING BRIEFING ON MOTIONS** |
| v. | |
| VEGAS PROPERTY SERVICES INC., a Nevada corporation; SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, | **(Second Request)** |
| Defendants. | |

Defendant Spanish Trail Master Association (the "Association"), by and through its attorneys Leach Kern Gruchow Anderson Song, and Plaintiff Wells Fargo Bank, N.A. (the "Bank")(collectively, the "Parties"), by and through its counsel with Snell & Wilmer, LLP, hereby stipulate that the Association may have through and including **February 8, 2019** within which to file a reply to the Bank's Response [ECF. 75] to the Association's Motion to Dismiss [ECF. 68]. The reply is currently due January 9, 2019.

/ / /

/ / /

/ / /

/ / /

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

The Parties have reached a settlement in principal and are in the process of drafting settlement documents that would remove the need for filing a reply in this case. Accordingly, good cause exists for the extension of time.

**IT IS SO STIPULATED** this 8th day of January, 2019.

| **Leach Kern Gruchow Anderson Song** | **Snell & Wilmer, LLP** |
|---|---|
| */s/ Ryan D. Hastings* | */s/ Nathan G. Kanute* |
| Sean L. Anderson Esq.<br>Nevada Bar No. 7259<br>Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>*Attorneys for Spanish Trial Master Association* | Jeffrey Willis, Esq.<br>Nevada Bar No. 4797<br>Nathan G. Kanute, Esq.<br>Nevada Bar No. 12413<br>50 West Liberty Street, #510<br>Reno, NV 89501<br>*Attorneys for Wells Fargo Bank, N.A.* |

**ORDER**

**IT IS SO ORDERED** this  9th  day of January, 2019.

_____
U.S. District Court Judge