1  Jeffrey Willis, Esq.
   Nevada Bar No. 4797
2  Nathan G. Kanute, Esq.
   Nevada Bar No. 12413
3  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
4  Reno, Nevada 89501-1961
   Telephone: 775-785-5440
5  Facsimile: 775-785-5441
   Email: jwillis@swlaw.com
6         nkanute@swlaw.com

7  *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>VEGAS PROPERTY SERVICES INC, a Nevada corporation; SPANISH TRAIL MASTER ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation;<br><br>Defendants.<br><br>VEGAS PROPERTY SERVICES INC, a Nevada corporation<br><br>Counterclaimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; JEANNIE WATSON, an individual; and R. GLEN WOODS, and his successors, as Trustees of the WATSON 2005 TRUST under Agreement dated March 15, 2015,<br><br>Counter-defendants. | Case No. 2:17-cv-01463-MMD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A., Defendant Vegas Property Services Inc., Defendant Spanish Trail Master Association, and Defendant Nevada Association Services, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that an order

4849-4775-3380

may be entered dismissing this, and each of the claims and causes of action by and between the Parties raised herein, with prejudice, with each party to bear its own attorneys' fees and costs.

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances against each other related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

DATED this 20th day of September, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/ *Ryan D. Hastings (with permission)*
    Sean L. Anderson, Esq.
    Nevada Bar No. 7259
    Ryan D. Hastings, Esq.
    Nevada Bar No. 12394
    2525 Box Canyon Drive
    Las Vegas, Nevada 89128
*Attorneys for Spanish Trail Master Association*

DATED this 20th day of September, 2019.

GHIDOTTI BERGER

By: /s/*Allison R. Schmidt (with permission)*
    Allison R. Schmidt, Esq.
    Nevada Bar No. 10743
    8716 Spanish Ridge Ave., Suite 115
    Las Vegas, Nevada 89148
*Attorneys for Vegas Property Services Inc.*

DATED this 20th day of September, 2019.

SNELL & WILMER L.L.P.

By: /s/ *Nathan G. Kanute*
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Nathan G. Kanute, Esq.
    Nevada Bar No. 12413
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
*Attorneys for Wells Fargo Bank, N.A.*

DATED this 2nd day of October, 2019.

NEVADA ASSOCIATION SERVICES, INC.

By: /s/*Brandon E. Wood (with permission)*
    Brandon E. Wood, Esq.
    Nevada Bar No. 12900
    6224 West Desert Inn Rd.
    Reno, Nevada 89146
*Attorney for Nevada Association Services, Inc.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: October 15, 2019

4849-4775-3380

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: October 2, 2019

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.

4849-4775-3380